PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Bruce M. Takac | Docket No.: 2:08CR00388 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Current Judge: | Cathy Bissoon, United States District Judge | |
| Date of Original Sentence: | June 29, 2009 | |
| Original Offense: | Distribution of Child Pornography | |
| Original Sentence: | 120 months of imprisonment; lifetime supervised release | |
| Special conditions: | Special Assessment, Sex Offender Registration, Sex Offender Treatment, Computer Search, Computer/Internet Restrictions, Search/Seizure, No Contact with Minors, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software, No Possession of Child Pornographic Materials, Mental Health Treatment, Polygraph Examination | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: March 14, 2018 |
| Prior Court History: | 5/30/2018: Modification of conditions | |

## PETITIONING THE COURT

The offender has not complied with the following condition(s) of supervision:

The defendant shall participate in a mental health and/or sex offender treatment program, approved by the probation officer, until such time as the defendant is released from the program by the Court. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing; said testing shall continue throughout the term of supervision in order to monitor and ensure compliance with the conditions of supervision. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The Probation Office is authorized to release the defendant's presentence report to the treatment provider if so requested.

☐ To extend the term of supervision for  years, for a total term of  years.
☒ To modify the conditions of supervision as follows:

The offender shall be placed at Renewal, Inc. for a period of 120 days. While at Renewal, the offender shall participate in any treatment or workforce development programs as directed and shall abide by all rules of the facility. The offender's subsistence fee is waived.

The offender shall not purchase, possess, or use a computer, a cell phone with internet access, or other electronic devices capable of storing, recording or replaying electronic media or data files, at any location, including his place of employment or education without permission of the probation office. Furthermore, the offender shall not access any internet service provider, bulletin board system or any other public or private computer network or service at any location. The offender shall consent to periodic inspection by the probation or pretrial services officer of any cell phone possessed by the offender to ensure compliance with this condition. The offender also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court. This condition shall remain in effect until computer and internet use is recommended by his mental health/sex offender treatment provider and approved by the probation officer. Once the offender is granted computer/internet access again, he shall be subject to all

Offender: Bruce M. Takac
Docket No.: 2:08CR00388
Page 2

previously imposed conditions regarding computer/internet use and monitoring as noted in the sentence imposed by the Honorable Gustave Diamond, on June 29, 2009, and as modified by Your Honor on May 30, 2018.

## CAUSE

On August 5, 2019, the defendant was unsuccessfully discharged from sex offender treatment at Crisp Forensic Counseling. He was discharged for the following reasons: lack of motivation; continued deception; continued use of behaviors prohibited by his probation officer.

The defendant has been referred to another treatment provider with hopes that he will take advantage of this new opportunity and comply with the program's requirements. Being such, the undersigned officer respectfully recommends that Your Honor modify the defendant's conditions as noted above. The defendant signed the attached Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Michael Howard
U.S. Probation Officer Specialist
Michael Howard
2019.08.14 13:04:21 -04'00'

Approved By: _____
Alexis Zellefrow
Supervisory U.S. Probation Officer
Alexis L. Zellefrow
2019.08.14 11:11:38 -04'00'

Date: 8/14/2019

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☒ The Modification of conditions as noted above
☐ Other

_____
Cathy Bissoon, United States District Judge

9/13/19
Date